IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMATADI LATHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-5131 |
| | : | |
| **BERNADETTE MASON,** *et al.* | : | |

# ORDER

**AND NOW**, this 23rd day of September 2020, upon careful and independent consideration of the amended Petition for a writ of habeas corpus (ECF Doc. No. 11), the Response to the amended Petition (ECF Doc. No. 24), United States Magistrate Judge Linda K. Caracappa's August 31, 2020 Report and Recommendation (ECF Doc. No. 25), with no timely objections, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Judge Caracappa's August 31, 2020 Report and Recommendation (ECF Doc. No. 24) is **APPROVED** and **ADOPTED**;

2. We **DENY** and **DISMISS** the amended Petition for a writ of habeas corpus (ECF Doc. No. 11) with prejudice;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

                                                                                                                                               _____
                                                                                                                                               **KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).